IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Gerald Thompson,

    Plaintiff(s),

vs.

Travis Tackett, et al.,

    Defendant(s)

Case Number: 1:20cv398

Judge Susan J. Dlott

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Karen L. Litkovitz filed on June 17, 2020 (Doc. 2), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired July 1, 2020, hereby ADOPTS said Report and Recommendation.

Accordingly, plaintiff is ordered to pay the full $400 fee ($350 filing fee plus $50 administrative fee) required to commence this action within 30 days. Plaintiff will be notified that failure to pay the full $400 fee within 30 days will result in the dismissal of this action. *See In re Alea*, 286 F.3d 378, 382 (6th Cir. 2002).

The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) an appeal of any Order adopting the Report and Recommendation will not be taken in good faith. *See McGore v. Wrigglesworth*, 114 F.3d 601 (6th Cir. 1997).

IT IS SO ORDERED.

Judge Susan J. Dlott
United States District Court