IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Gerald Thompson, | : |
| Plaintiff(s), | : |
| | : Case Number: 1:20cv398 |
| vs. | : |
| | : Judge Susan J. Dlott |
| Travis Tackett, et al., | : |
| Defendant(s). | : |

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Karen L. Litkovitz filed on September 11, 2020 (Doc. 7), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired September 25, 2020, hereby ADOPTS said Report and Recommendation.

Accordingly, this case is DISMISSED for plaintiff's failure to pay the full filing fee as ordered by the Court.

Plaintiff is hereby ASSESSED the full filing fee of $400.00.

The Clerk of Court is DIRECTED to mail a copy of this Order along with instructions to the Cashier of the prison at which plaintiff is confined. The Cashier is directed to deduct and forward to the Clerk of Court 20% of the preceding month's income credited to plaintiff's account each time the account exceeds $10.00 until the filing fee is paid in full.

The Court certifies pursuant to 28 U.S.C. §1915(a)(3) that for the foregoing reasons an appeal of this Order will not be taken in good faith. *See McGore,* 114 F.3d 601.

IT IS SO ORDERED.

*Susan J. Dlott*
Judge Susan J. Dlott
United States District Court